1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JARY HAGLER,                                    )   NO. ED CV 09-0385 FMO
                                                    )
12 |               Plaintiff,                        )
                                                    )
13 |         v.                                      )   **JUDGMENT**
                                                    )
14 | MICHAEL J. ASTRUE,                              )
     COMMISSIONER OF SOCIAL                          )
15 | SECURITY ADMINISTRATION,                        )
                                                    )
16 |               Defendant.                        )
                                                    )

17

18         IT IS ADJUDGED that the decision of the Commissioner of the Social Security

19  Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C.

20  § 405(g), for further administrative proceedings consistent with the court's Order Re: Joint

21  Stipulation filed contemporaneously with the filing of this Judgment.

22  Dated this 29th day of April, 2010.

23

24                                                        /s/
                                                     Fernando M. Olguin
25                                              United States Magistrate Judge

26

27

28